Daniel T. Huang (Cal Bar #185948)
Law Office of Daniel Huang
506 N. Garfield Ave., Ste. 100
Alhambra, CA 98102-1351
Tel: (626) 289-0006
Fax: (626) 289-0005

FILED
CLERK U.S DISTRICT COURT
MAR - 7 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ORIGINAL

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Shan Li, individually, | CASE NUMBER |
|---|---|
| Plaintiff(s), | CV 06-0261 RSWL (JTLx) |
| Robert Divine, as Acting Deputy Director of the U.S. Citizenship and Immigration Services, Defendant(s). | NOTICE OF DISMISSAL PURSUANT RULE 41(a) or (c) F.R.Civ.P. |

PLEASE TAKE NOTICE: (Check one)

[✓] This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ ONLY Defendant(s) _____ is (are) dismissed from (Circle one) Complaint, Counterclaim, Cross-claim, Third-Party Claim brought by _____.

The dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil Procedure.

DATED: March 3, 2006

_____
Signature of Attorney/Party

NOTE: F.R.Civ.P. 41(a): THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

F.R.Civ.P. 41(c): COUNTERCLAIMS, CROSS-CLAIMS & THIRD-PARTY CLAIMS MAY BE DISMISSED BEFORE SERVICE OF A RESPONSIVE PLEADING OR PRIOR TO THE BEGINNING OF TRIAL.

DOCKETED ON CM
MAR - 8 2006

CV-9 (7/01)  NOTICE OF DISMISSAL PURSUANT TO F.R.Civ.P. 41(a) or (c)